417 A.2d 784

Commonwealth v. Shanaman, Appellant.

Submitted March 12, 1979.   Bruce D. Foreman, for appellant;   Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order of the Court below affirmed.

June 22, 1979.

417 A.2d 784

Commonwealth v. Bodge, Appellant.

Argued March 20, 1979.   Arthur J. King, Jr., Assistant Public Defender, for appellant;   John Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.